[No. 3413–2.   Division Two.   April 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN
RIVERA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3487, Jay W. Hamilton, J., entered March 1,
1978. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Reed, JJ.

[No. 2917–3.   Division Three.   April 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SHERRY V.
EYLE, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–1–00819–1, Carl L. Loy, J., entered
May 12, 1978. *Affirmed* by unpublished opinion per Roe, J.,
concurred in by Munson and McInturff, JJ.

[No. 3372–2.   Division Two.   April 25, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY E.
DUNN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 52058, Waldo F. Stone, J., entered March 6,
1978. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Reed and Soule, JJ.

[No. 3252–2.   Division Two.   April 25, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
L. VELASQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51372, Thomas A. Swayze, Jr., J., entered
November 29, 1977. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Reed, JJ.